*Court Of Appeals*
*Fourth Court of Appeals District of Texas*
*San Antonio*





★ ★ ★      ★ ★ ★

# MEMORANDUM OPINION

No. 04-09-00597-CR

Xavier **AVES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2006-CR-5521
Honorable Ron Rangel, Judge Presiding

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
              Karen Angelini, Justice
              Marialyn Barnard, Justice

Delivered and Filed: April 21, 2010

MOTION TO DISMISS GRANTED; APPEAL DISMISSED

Appellant Xavier Aves filed a motion to dismiss this appeal and for expedited issuance of

the mandate. The motion to dismiss is granted, and the appeal is dismissed. *See* TEX. R. APP. P.

42.2(a). We **order** the clerk of this court to immediately issue the mandate. *See* TEX. R. APP. P.

18.1(c).

                                        PER CURIAM

Do Not Publish